OPINION — AG — THAT PORTIONS OF RULE 16 WHICH WAS FILED IN AUGUST, 1965, BY THE BOARD OF CHIROPRACTIC EXAMINERS THAT REQUIRED PAYMENT OF $50.00 BY THOSE LICENSEES SEEKING A RENEWAL OF A CHIROPRACTIC LICENSE WHO ARE UNAVOIDABLY PREVENTED FROM ATTENDING AN EDUCATIONAL OR POSTGRADUATE PROGRAM IS ILLEGAL AND VOID AND SAME IS UNENFORCEABLE. CITE: 59 O.S. 1963 Supp., 164 [59-164](C), (LEE COOK)